DONOFRIO, J. dissenting.
 

 I respectfully dissent to the majority's opinion herein in that a plain reading of R.C. 4123.512(D) requires that the trial court's decision be affirmed. The so-called Consent Provision states in pertinent part: "that the claimant may not dismiss the complaint without the employer's consent if the employer is the party that filed the notice of appeal". The statute clearly states "the claimant may not dismiss the complaint" which clearly prohibits the claimant from filing a Civ. R. 41(A)(1)(a) unilateral notice of voluntary dismissal without prejudice. In this case the trial
 court granted a Civ. R. 41(A)(2) motion to dismiss without prejudice which I feel the statute clearly does not address. The court dismissed the action in this case, not the claimant which Civ. R. 41(A)(1)(a) permits.